# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Janice Helgeson and Pat Helgeson, Husband and Wife, | ) ) ) |
| Plaintiffs, | ) **ORDER** ) ) |
| vs. | ) ) Case No. 1:18-cv-122 |
| Master Pumps and Equipment Corp., | ) ) |
| Defendant. | ) |

On October 9, 2019, plaintiffs filed a Request for Status Conference and/or Court Ordered Mediation. Their request for a status conference (Doc. No. 23) is **GRANTED**. The Magistrate Judge shall conduct a status conference with the parties by telephone on October 28, 2019, at 9:00 a.m. CDT. To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

**IT IS SO ORDERED.**

Dated this 16th day of October, 2019.

>*/s/ Clare R. Hochhalter*
>Clare R. Hochhalter, Magistrate Judge
>United States District Court